___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 26, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

IN RE:                                                                CHAPTER 13
GEORGE ANTHONY & AMITY RACHELLE LADNER       CASE NO. 19-50566-KMS

**ORDER RELEASING EARNINGS OF DEBTOR**
**GEORGE ANTHONY LADNER (SSN # XXX-XX-1364)**

THE ORDER **(Dkt. 71)** heretofore entered in these proceedings by which the debtor's employer:

> WARREN PAVING
> ATTN: PAYROLL DEPT
> 11211 REICHOLD RD
> GULFPORT, MS 39503

was directed to pay Debtor's wages or a portion thereof to:

> WARREN A. CUNTZ, JR. TRUSTEE
> P.O. BOX 3749
> GULFPORT MS 39505-3749
> (228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##