**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    George Anthony Ladner                              Case No. 19-50566-KMS
          Amity Rachelle Ladner, Debtors                                Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13**
**DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

      cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

    G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

    H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed:  **/s/ George Anthony Ladner**                                                                           **08/27/2025**
           George Anthony Ladner                                                                             Date

           **/s/ Amity Rachelle Ladner**                                                                            **08/27/2025**
           Amity Rachelle Ladner                                                                             Date

           **/s/ Thomas C. Rollins, Jr**                                                                            **08/29/2025**
           Thomas C. Rollins, Jr., MS Bar No. 103469                                     Date
           Attorney for the Debtors
           The Rollins Law Firm, PLLC
           P.O. Box 13767
           Jackson, MS 39236
           601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

    On August 29, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                        **/s/ Thomas C. Rollins, Jr**
                                        Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 19-50566-KMS |
|---|---|
| GEORGE ANTHONY LADNER<br>AMITY RACHELLE LADNER | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/29/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/29/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: <br><br> GEORGE ANTHONY LADNER <br> AMITY RACHELLE LADNER | CASE NO: 19-50566-KMS <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 13 |

On 8/29/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/29/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                    EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING              US BANKRUPTCY COURT                        1ST FRANKLIN FINANCIAL CORPORATION
NCRS ADDRESS DOWNLOAD                         DAN M RUSSELL  JR US COURTHOUSE            ATTN ADMINISTRATIVE SERVICES
CASE 19-50566-KMS                             2012 15TH STREET  SUITE 244                PO BOX 880
SOUTHERN DISTRICT OF MISSISSIPPI              GULFPORT  MS 39501-2036                    TOCCOA  GA 30577-0880
FRI AUG 29 8-9-1 PST 2025



CITI CARDS                                   DEPARTMENT OF THE TREASURY                  FIRST FRANKLIN
PO BOX 790345                                INTERNAL REVENUE SERVICE                    11010 OLD HWY 49
SAINT LOUIS  MO 63179-0345                   PO BOX 7346                                 STE 2
                                             PHILADELPHIA  PA 19101-7346                 GULFPORT  MS 39503



FIRST NATIONAL BANK OF OMAHA                 FROSTARNETT CO                              GOODYS
CO BQ  ASSOCIATES  PC LLO                    PO BOX 1280                                 PO BOX 659465
14211 ARBOR ST  STE 100                      OAKS  PA 19456-1280                         SAN ANTONIO  TX 78265-9465
OMAHA  NE 68144-2312



GRAND BANK                                   GRAND BANK FOR SAVINGS  FSB                 GULF COAST COMM FCU
14 PLAZA DR                                  POST OFFICE BOX 16988                       2120 25TH AVE
HATTIESBURG  MS 39402-1312                   HATTIESBURG  MS 39404-6988                  GULFPORT  MS 39501-4518



GULF SOUTH SURGERY CEN                       HEATH WILSON                                HOME DEPOT
1206 31ST AVE                                15121 MELTON RD                             PO BOX 9001010
GULFPORT  MS 39501-1804                      GULFPORT  MS 39503-9567                     LOUISVILLE  KY 40290-1010



HUNTINGTON NATIONAL BA                       INTERNAL REVENUE SERVI                      JACKSON COUNTY ANESTHE
PO BOX 182519                                CO US ATTORNEY                              PO BOX 789
COLUMBUS  OH 43218-2519                      501 EAST COURT ST                           OCEAN SPRINGS  MS 39566-0789
                                             STE 4430
                                             JACKSON  MS 39201-5025



KEESLER FEDERAL CREDIT                       MRG LLC                                     MICHAEL A JACOB  II
PO BOX 7001                                  22C DOCTORS DR                              PO BOX 948
BILOXI  MS 39534-7001                        OCEAN SPRINGS  MS 39564-5721                OXFORD  MS 38655-0948



NAVIENT                                      NAVIENT SOLUTIONS  LLC ON BEHALF OF         NAVIGATOR CREDIT UNION
PO BOX 740351                                ASCENDIUM EDUCATION SOLUTIONS INC           PO BOX 1647
ATLANTA  GA 30374-0351                       PO BOX 8961                                 PASCAGOULA  MS 39568-1647
                                             MADISON  WI 53708-8961



(P)PORTFOLIO RECOVERY ASSOCIATES LLC         QUANTUM3 GROUP LLC AS AGENT FOR             (P)REPUBLIC FINANCE LLC
PO BOX 41067                                 COMENITY BANK                               282 TOWER RD
NORFOLK VA 23541-1067                        PO BOX 788                                  PONCHATOULA LA 70454-8318
                                             KIRKLAND  WA  98083-0788
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA GA 30348-5972 | THE FIRST NATIONAL<br>PO BOX 2496<br>OMAHA NE 68103-2496 | THE HUNTINGTON NATIONAL BANK<br>PO BOX 89424<br>CLEVELAND OH 44101-6424 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | AMITY RACHELLE LADNER<br>15095 CEMETERY RD<br>GULFPORT MS 39503-9264 |
| DEBTOR<br>GEORGE ANTHONY LADNER<br>15095 CEMETERY RD<br>GULFPORT MS 39503-9264 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | ~~EXCLUDE~~<br>~~(P)WARREN A CUNTZ T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ |