United States Bankruptcy Court
Southern District of Mississippi

In re:                         Case No. 19-50566-KMS
George Anthony Ladner           Chapter 13
Amity Rachelle Ladner
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6            User: mssbad            Page 1 of 3
Date Rcvd: Sep 23, 2025       Form ID: 3180W         Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George Anthony Ladner, Amity Rachelle Ladner, 15095 Cemetery Rd, Gulfport, MS 39503-9264 |
| 4671617 | | First Franklin, 11010 Old Hwy 49, Ste 2, Gulfport, MS 39503 |
| 4671618 | + | Frost-Arnett Co, P.O. Box 1280, Oaks, PA 19456-1280 |
| 4678951 | + | Grand Bank for Savings, fsb, Post Office Box 16988, Hattiesburg, MS 39404-6988 |
| 4671622 | + | Gulf South Surgery Cen, 1206 31st Ave, Gulfport, MS 39501-1804 |
| 4671623 | + | Heath Wilson, 15121 Melton Rd, Gulfport, MS 39503-9567 |
| 4671628 | + | Jackson County Anesthe, PO Box 789, Ocean Springs, MS 39566-0789 |
| 4671631 | + | MRG LLC, 22C Doctors Dr, Ocean Springs, MS 39564-5721 |
| 4671630 | + | Michael A Jacob, II, PO Box 948, Oxford, MS 38655-0948 |
| 4671636 | + | The First National, PO Box 2496, Omaha, NE 68103-2496 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4687077 | + | Email/Text: bankruptcy@1ffc.com | Sep 23 2025 19:30:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 4671616 | + | EDI: CITICORP | Sep 23 2025 23:29:00 | Citi Cards, PO Box 790345, Saint Louis, MO 63179-0345 |
| 4671626 | | EDI: IRS.COM | Sep 23 2025 23:29:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4683103 | ^ | MEBN | Sep 23 2025 19:27:26 | First National Bank of Omaha, c/o BQ & Associates, PC LLO, 14211 Arbor St, Ste 100, Omaha, NE 68144-2312 |
| 4671619 | | EDI: WFNNB.COM | Sep 23 2025 23:29:00 | Goody's, PO Box 659465, San Antonio, TX 78265-9465 |
| 4671621 | + | Email/Text: msd@gcc-fcu.com | Sep 23 2025 19:30:00 | Gulf Coast Comm FCU, 2120 25th Ave, Gulfport, MS 39501-4518 |
| 4671624 | | EDI: CITICORP | Sep 23 2025 23:29:00 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 4671625 | + | Email/Text: bankruptcy@huntington.com | Sep 23 2025 19:30:00 | Huntington National Ba, PO Box 182519, Columbus, OH 43218-2519 |
| 4671627 | + | Email/Text: ebone.woods@usdoj.gov | Sep 23 2025 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4671629 | + | Email/Text: melissa.martin@kfcu.org | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|
| | | Sep 23 2025 19:30:00 | Keesler Federal Credit, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 4671633 | Email/Text: bankruptcy@navigatorcu.org | Sep 23 2025 19:30:00 | Navigator Credit Union, P.O. Box 1647, Pascagoula, MS 39568 |
| 4671632 | EDI: MAXMSAIDV | Sep 23 2025 23:29:00 | Navient, P.O. Box 740351, Atlanta, GA 30374-0351 |
| 4693879 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 23 2025 19:30:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 4708644 | EDI: PRA.COM | Sep 23 2025 23:29:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4705928 | EDI: Q3G.COM | Sep 23 2025 23:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4671634 | Email/Text: bankruptcy@republicfinance.com | Sep 23 2025 19:30:00 | Republic Finance, 520 E Pass Rd, Gulfport, MS 39507 |
| 4671635 | + EDI: SYNC | Sep 23 2025 23:29:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4686934 | + Email/Text: bankruptcy@huntington.com | Sep 23 2025 19:30:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 4671637 | ^ MEBN | Sep 23 2025 19:27:30 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4671620 | ##+ | Grand Bank, 14 Plaza Dr, Hattiesburg, MS 39402-1312 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2025         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Amity Rachelle Ladner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: 3180W | Total Noticed: 29 |

Thomas Carl Rollins, Jr
    on behalf of Debtor George Anthony Ladner trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 4

District/off: 0538-6 User: mssbad Page 3 of 3
Date Rcvd: Sep 23, 2025 Form ID: 3180W Total Noticed: 29

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **George Anthony Ladner** | Social Security number or ITIN  **xxx−xx−1364** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Amity Rachelle Ladner** | Social Security number or ITIN  **xxx−xx−6444** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **19−50566−KMS** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**George Anthony Ladner**            **Amity Rachelle Ladner**

Dated: <u>9/23/25</u>      **By the court:**   <u>/s/Katharine M. Samson</u>
                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**