IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: GEORGE ANTHONY LADNER &　　　　　　　CHAPTER 13
　　　　　AMITY RACHELLE LADNER　　　　　　　　CASE NO.  19-50566-KMS

TRANSMITTAL OF FUNDS TO COURT REGISTRY

Comes now the undersigned trustee and states as follows:

Following case closure, funds were returned to the Trustee.

Pursuant to F.R.B.P. 3011 the name, address and amount due each creditor which may be entitled to be paid from the funds is as follows:

| CREDITOR | AMOUNT |
|---|---|
| THE HUNTINGTON NATIONAL BANK | $21.44 |

ADDRESS OF CREDITOR
5555 CLEVELAND AVE GW4W25
COLUMBUS, OH 43231

I hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each of the creditor(s) listed above.

Date:   OCTOBER 22, 2025

Signed:   /s/ Warren A. Cuntz, Jr.   ,
　　　　　　　Chapter 13 Standing Trustee
　　　　　　　Warren A. Cuntz, Jr.