

# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Warren A. Cuntz, Jr.

Receipt Date: Oct 27, 2025 12:25PM

Rcpt. No: 30000914   Trans. Date: Oct 27, 2025 12:25PM   Cashier ID: #CyLs (3947)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 19-50566-KMS | 1 | 21.44 | 21.44 |
| UC | UNCLAIMED FUNDS | 20-51032-KMS | 1 | 13.91 | 13.91 |
| UC | UNCLAIMED FUNDS | 20-51283-KMS | 1 | 64.08 | 64.08 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #749908 | 10/27/2025 | | $99.43 |

Total Due Prior to Payment: $99.43
Total Tendered: $99.43
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Debtor:** George Anthony Ladner and Amity Rachelle Ladner

**Debtor:** Sherry A. Young and Lender Jerry Crumedy

**Debtor:** Regina Johnson

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 39503
02 7H
0006216384
$ 000.74⁰
OCT 22 2025

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**
OCT 27 2025
Danny L. Miller, Clerk of Court
By: _____, Deputy Clerk

RETURN SERVICE REQUESTED

# REMITTANCE STATEMENT

WARREN A. CUNTZ, JR., Standing Chapter 13 Trustee
Chapter 13 Bankruptcy Cases
P.O. BOX 3749
GULFPORT, MS 39505-3749

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number |
|---|
| 749908 |

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

OCT 27 2025

Danny L. Miller, Clerk of Court
By: _____, Deputy Clerk

| Printed |
|---|
| 10/21/2025 |

| Issue Date |
|---|
| 10/21/2025 |

CLERK, US BANKRUPTCY COURT
501 E COURT STREET
SUITE 2300
JACKSON, MS 39201

| Case Number | Debtor | Acct No. | | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|---|
| 39201 N | LADNER, GEORGE ANTHONY | 0293 | 19-50566 | | $.00 | 21.44 |
| 39201 N | YOUNG, SHERRY A | 2870 | 20-51032 | | $.00 | 13.91 |
| 39201 N | JOHNSON, REGINA | 1882 | 20-51283 | | $.00 | 64.08 |
| | | | | | TOTAL | 99.43 |

**THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.**

Page 1 of 1